KERI BORDERS (Bar No. 194015)
KBorders@KSLAW.com
JOSEPH AKROTIRIANAKIS (Bar No. 197971)
jakro@kslaw.com
MICHAEL D. ROTH (Bar No. 217464)
mroth@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendant
CHOSEN FOODS LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

NARGUESS NOOHI and RYAN MOST, individually, and on behalf of others similarly situated,

Plaintiff,

v.

CHOSEN FOODS LLC,

Defendant.

Case No. 2:26-cv-11707

**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1**

Pursuant to Local Rule 83-1.3.1, Defendant Chosen Foods LLC ("Chosen Foods") hereby provides notice that this case is related to the following previously filed action pending in the Central District of California and assigned to Magistrate Judge Brianna Fuller Mircheff. The above captioned action is related to: *Bonkowski v. Chosen Foods, LLC*, Case No. 2:26-cv-11382-BFM (filed October 1, 2026).

Pursuant to Local Rule 83-1.3.1, a party must file a Notice of Related Cases whenever two or more civil cases filed in this district:

(a) Arise from the same or a closely related transaction, happening, or event;

(b) Call for determination of the same or substantially related or similar questions of law and fact; or

(c) For other reasons would entail substantial duplication of labor if heard by different judges.

C.D. Cal. L.R. 83-1.3.1.

The above-captioned case (the "Action") and *Bonkowski* are premised on substantially similar facts. Both cases allege that Chosen Foods markets various of its products, including Classic Mayo, Vegan Mayo, Lemon Garlic Dressing, and Zesty Italian dressing, as being "made with 100% pure avocado oil." *Compare* Compl., Ex. A to Notice of Removal at ¶ 11 *with Bonkowski*, Case No. 2:26-cv-11382-BFM, ECF No. 1 at ¶ 1. Both cases allege that the products' marketing is false and/or deceptive due to the results of a July 2026 University of California, Davis study (the "UC Davis Study") that purportedly found that certain avocado oil chips, mayonnaises, and dressings were adulterated with cheaper, undisclosed seed oils. *Compare* Compl., Ex. A to Notice of Removal at ¶¶ 12-15 *with Bonkowski*, Case No. 2:26-cv-11382-BFM, ECF No. 1 at ¶¶ 4-6. As a result, both cases bring claims on behalf of putative nationwide classes and California subclasses. *Compare* Compl., Ex. A to Notice of Removal at ¶¶ 43, 45 *with Bonkowski*, Case No. 2:26-cv-11382-BFM, ECF No. 1 at ¶ 65.

Due to the fact that the Action and and *Bonkowski* are premised on substantially similar facts, they will call for determinations of substantially related or similar questions of law and fact, including whether the challenged products were falsely or deceptively advertised and/or were adulterated with seed oils. Moreover, for these same reasons, if these two cases were heard by different judges, there would be substantial duplication of labor.

For the foregoing reasons, Chosen Foods respectfully submits to the Court that the foregoing cases are related.

Dated: October 7, 2026

**KING & SPALDING LLP**

By: /s/ Keri E. Borders
KERI BORDERS
JOSEPH AKROTIRIANAKIS
MICHAEL D ROTH
Attorneys for Defendant
CHOSEN FOODS LLC